Submitted April 28, affirmed June 3, 2020

In the Matter of H. B. S.,
a Person Alleged to have Mental Illness.
STATE OF OREGON,
*Respondent,*

*v.*

H. B. S.,
*Appellant.*

Lane County Circuit Court
19CC02299; A171264

464 P3d 171

Maurice K. Merten, Judge.

Alexander C. Cambier and Multnomah Defenders, Inc., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Jordan R. Silk, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Presiding Judge, and Powers, Judge, and Kamins, Judge.

PER CURIAM

Affirmed. *State v. D. R.*, 239 Or App 576, 244 P3d 916 (2010).